# Exhibit 3

| STMicroelectronics – Microprocessor Unit (MPU) Device (see Product List at end for models) Infringement of the '790 patent ||
|---|---|
| **Claim 1** | **Evidence** |
| 1. An interface for receiving data from an image sensor having an imaging array and a clock generator for transfer to a processor system comprising: | The STMicroelectronics MPU device provides an interface for receiving data from an image sensor having an imaging array and a clock generator for transfer to a processor system.<br><br>For example, the STMicroelectronics MPU device has a camera interface (e.g. that supports 8-bit to 14-bit input signals) which enables an image sensor to be coupled to the MPU device. The image sensor includes an imaging array and a clock generator. An image processing subsystem of the STMicroelectronics MPU device includes a processor that processes image data. The camera interface of the STMicroelectronics MPU device receives image data from the image sensor and transfers the image data to the processor. The camera interface thereby enables the transfer of image data between the image sensor, which runs in a pixel clock domain, and the image processing subsystem, which runs in a processor clock domain. |
| a memory for storing imaging array data and clocking signals at a rate determined by the clocking signals; | The STMicroelectronics MPU device provides a memory for storing imaging array data and clocking signals at a rate determined by the clocking signals.<br><br>For example, the camera interface of the STMicroelectronics MPU device includes a buffer module that stores the image data that is received from the image sensor. The buffer module has control and clock signal inputs. The buffer module clocks its internal and external signals at a rate that is determined by the input clock signals. This enables the buffer module to store the image data at a rate that is in accordance with the pixel clock domain of the image sensor system. |
| a signal generator for generating a signal for transmission to the | The STMicroelectronics MPU device provides a signal generator for generating a signal for transmission to the processor system in response to the quantity of data in the memory. |

1

| | |
|---|---|
| processor system in response to the quantity of data in the memory; and | For example, the camera interface of the STMicroelectronics MPU device includes interface functionality that generates a signal when the buffer module has image data that is ready for transmission to the processor. The signal indicates that the buffer module has a frame or sub-frame of image data for the processor. |
| a circuit for controlling the transfer of the data from the memory at a rate determined by the processor system. | The STMicroelectronics MPU device provides a circuit for controlling the transfer of the data from the memory at a rate determined by the processor system.<br><br>For example, the camera interface of the STMicroelectronics MPU device includes timing and control functionality that controls the transfer of image data from the buffer module to the processor. The timing and control functionality enable the image data to be transferred at a rate determined by the processor. This enables the processor to acquire the image data at a rate that is in accordance with the processor clock domain. |

**Product List**

STM32MP1 Series MPUs:
STM32MP151A, STM32MP151C, STM32MP151D, STM32MP151F
STM32MP153A, STM32MP153C, STM32MP153D, STM32MP153F
STM32MP157A, STM32MP157C, STM32MP157D, STM32MP157F

**References**

[1] STM32MP151A
https://www.st.com/resource/en/datasheet/stm32mp151a.pdf

[2] STM32MP151C
https://www.st.com/resource/en/datasheet/stm32mp151c.pdf

[3] STM32MP151D
https://www.st.com/resource/en/datasheet/stm32mp151d.pdf

[4] STM32MP151F
https://www.st.com/resource/en/datasheet/stm32mp151f.pdf

[5] STM32MP153A
https://www.st.com/resource/en/datasheet/stm32mp153a.pdf

[6] STM32MP153C
https://www.st.com/resource/en/datasheet/stm32mp153c.pdf

[7] STM32MP153D
https://www.st.com/resource/en/datasheet/stm32mp153d.pdf

[8] STM32MP153F
https://www.st.com/resource/en/datasheet/stm32mp153f.pdf

[9] STM32MP157A
https://www.st.com/resource/en/datasheet/stm32mp157a.pdf

[10] STM32MP157C
https://www.st.com/resource/en/datasheet/stm32mp157c.pdf

[11] STM32MP157D
https://www.st.com/resource/en/datasheet/stm32mp157d.pdf

[12] STM32MP157F
https://www.st.com/resource/en/datasheet/stm32mp157f.pdf